**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 17-27619 |
| | § | |
| LINDA J. HOPPS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $135,333.33 | Assets Exempt: | $6,600.00 |
| Total Distributions to Claimants: | $3,004.70 | Claims Discharged Without Payment: | $77,754.33 |
| Total Expenses of Administration: | $1,047.89 | | |

3) Total gross receipts of $6,440.59 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $2,388.00 (see **Exhibit 2),** yielded net receipts of $4,052.59 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $159,156.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $1,047.89 | $1,047.89 | $1,047.89 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $81,355.25 | $27,494.75 | $27,494.75 | $3,004.70 |
| **Total Disbursements** | $240,511.25 | $28,542.64 | $28,542.64 | $4,052.59 |

4). This case was originally filed under chapter 7 on 09/15/2017. The case was pending for 11 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/03/2018              By:   /s/ David P. Leibowitz
                                     Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| State Farm Life Insurance Policy - Whole Keith Shavers, CSelene Pryor, Dirk Greene | 1129-000 | $6,440.59 |
| **TOTAL GROSS RECEIPTS** | | **$6,440.59** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| LINDA HOPPS | Exemptions | 8100-002 | $2,388.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$2,388.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | QUICKEN LOANS | 4110-000 | $159,156.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$159,156.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,013.15 | $1,013.15 | $1,013.15 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $21.95 | $21.95 | $21.95 |
| Green Bank | 2600-000 | NA | $12.79 | $12.79 | $12.79 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$1,047.89** | **$1,047.89** | **$1,047.89** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Wells Fargo Bank, N.A. | 7100-000 | $9,446.00 | $9,446.09 | $9,446.09 | $1,032.30 |
| 2 | Quantum3 Group LLC as agent for | 7100-000 | $2,371.97 | $2,464.29 | $2,464.29 | $269.30 |
| 3 | PYOD, LLC its successors and assigns as assignee | 7100-900 | $2,726.00 | $2,560.40 | $2,560.40 | $279.81 |
| 4 | U.S. Bank National Association | 7100-900 | $13,547.00 | $13,023.97 | $13,023.97 | $1,423.29 |
|  | AT&T | 7100-000 | $148.21 | $0.00 | $0.00 | $0.00 |
|  | CBNA | 7100-000 | $9,697.00 | $0.00 | $0.00 | $0.00 |
|  | CBNA | 7100-000 | $4,024.00 | $0.00 | $0.00 | $0.00 |
|  | CHASE CARD | 7100-000 | $4,952.00 | $0.00 | $0.00 | $0.00 |
|  | CHASE CARD | 7100-000 | $2,610.00 | $0.00 | $0.00 | $0.00 |
|  | CHASE CARD | 7100-000 | $1,147.00 | $0.00 | $0.00 | $0.00 |
|  | Comcast | 7100-000 | $561.07 | $0.00 | $0.00 | $0.00 |
|  | COMENITY CAPITAL/HSN | 7100-000 | $2,371.00 | $0.00 | $0.00 | $0.00 |
|  | CONNEXUS CU | 7100-000 | $6,296.00 | $0.00 | $0.00 | $0.00 |
|  | SERVICE FINANCE COMPAN | 7100-000 | $9,066.00 | $0.00 | $0.00 | $0.00 |
|  | SYNCB/SAMS CLUB DC | 7100-000 | $6,285.00 | $0.00 | $0.00 | $0.00 |
|  | US Bank | 7100-000 | $6,107.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $81,355.25 | $27,494.75 | $27,494.75 | $3,004.70 |

**UST Form 101-7-TDR (10/1/2010)**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1     Exhibit 8

| Case No.: | 17-27619 | | | Trustee Name: | David Leibowitz |
| Case Name: | HOPPS, LINDA J. | | | Date Filed (f) or Converted (c): | 09/15/2017 (f) |
| For the Period Ending: | 8/3/2018 | | | §341(a) Meeting Date: | 10/18/2017 |
| | | | | Claims Bar Date: | 03/21/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Single-family home 74 E. 82nd Street Chicago Illinois 60619 Cook 20-34-113-042-0000 | $135,333.33 | $0.00 | | $0.00 | FA |
| 2  2005 Lincoln Town Car mileage: 57000 2005 Lincoln Town Car | $3,294.00 | $0.00 | | $0.00 | FA |
| 3  Living Room, 2 Bedroom Sets, Chair, Love Seats | $150.00 | $0.00 | | $0.00 | FA |
| 4  Computer, Stereo Set, Samsung | $50.00 | $0.00 | | $0.00 | FA |
| 5  Misc. Women's Clothing | $200.00 | $0.00 | | $0.00 | FA |
| 6  Misc. Jewelry | $120.00 | $0.00 | | $0.00 | FA |
| 7  Checking account: Northern Trust | $59.00 | $0.00 | | $0.00 | FA |
| 8  Checking account: Chase | $59.00 | $0.00 | | $0.00 | FA |
| 9  Checking account: South Division Credit Union | $100.00 | $0.00 | | $0.00 | FA |
| 10  Savings account: Chase | $90.00 | $0.00 | | $0.00 | FA |
| 11  Savings account: South Division Credit Union | $90.00 | $0.00 | | $0.00 | FA |
| 12  State Farm Life Insurance Policy - Whole Keith Shavers, CSelene Pryor, Dirk Greene | $6,242.44 | $3,854.44 | | $6,440.59 | FA |
| 13  Cuna Mutual Group - No Cash Value | $0.00 | $0.00 | | $0.00 | FA |
| 14  Cuna Mutual Group - No Cash Value | $0.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                                               **Gross Value of Remaining Assets**

| | $145,787.77 | $3,854.44 | | $6,440.59 | $0.00 |

**Major Activities affecting case closing:**

06/14/2018    2018 Reporting Period:
              Hearing on Trustee's Final Report set for July 3, 2018.

**Initial Projected Date Of Final Report (TFR):**   12/09/2018    **Current Projected Date Of Final Report (TFR):**    /s/ DAVID LEIBOWITZ

                                                                                                                   DAVID LEIBOWITZ

**FORM 2** Page No: 1 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** 17-27619 | **Trustee Name:** | David Leibowitz |
| **Case Name:** HOPPS, LINDA J. | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** **-***2536 | **Checking Acct #:** | ******1901 |
| **Co-Debtor Taxpayer ID #:** | **Account Title:** | |
| **For Period Beginning:** 9/15/2017 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** 8/3/2018 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/05/2018 | | LINDA HOPPS | Cash surrender value of Universal Life Insurance Policy | * | $6,440.59 | | $6,440.59 |
| | {12} | | Estate Portion - Cash surrender value of Universal Life Insurance Policy $4,052.59 | 1129-000 | | | $6,440.59 |
| | {12} | | Debtor's Exempt Portion - Cash surrender value of Universal Life Insurance Policy $2,388.00 | 1129-002 | | | $6,440.59 |
| 02/05/2018 | 3001 | LINDA HOPPS | Debtor's Exempt Portion - Cash surrender value of Universal Life Insurance Policy | 8100-002 | | $2,388.00 | $4,052.59 |
| 02/28/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $6.05 | $4,046.54 |
| 03/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $6.74 | $4,039.80 |
| 07/05/2018 | 3002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $21.95 | $4,017.85 |
| 07/05/2018 | 3003 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,013.15 | $3,004.70 |
| 07/05/2018 | 3004 | Wells Fargo Bank, N.A. | Claim #: 1; Amount Claimed: $9,446.09; Distribution Dividend: 10.93%; | 7100-000 | | $1,032.30 | $1,972.40 |
| 07/05/2018 | 3005 | Quantum3 Group LLC as agent for | Claim #: 2; Amount Claimed: $2,464.29; Distribution Dividend: 10.93%; | 7100-000 | | $269.30 | $1,703.10 |
| 07/05/2018 | 3006 | PYOD, LLC its successors and assigns as assignee | Claim #: 3; Amount Claimed: $2,560.40; Distribution Dividend: 10.93%; | 7100-900 | | $279.81 | $1,423.29 |
| 07/05/2018 | 3007 | U.S. Bank National Association | Claim #: 4; Amount Claimed: $13,023.97; Distribution Dividend: 10.93%; | 7100-900 | | $1,423.29 | $0.00 |

**SUBTOTALS** $6,440.59 $6,440.59

**FORM 2** Page No: 2 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 17-27619 | **Trustee Name:** David Leibowitz |
| **Case Name:** | HOPPS, LINDA J. | **Bank Name:** Green Bank |
| **Primary Taxpayer ID #:** | **-***2536 | **Checking Acct #:** ******1901 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** |
| **For Period Beginning:** | 9/15/2017 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 8/3/2018 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $6,440.59 | $6,440.59 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $6,440.59 | $6,440.59 | |
| | | | Less: Payments to debtors | | $0.00 | $2,388.00 | |
| | | | **Net** | | $6,440.59 | $4,052.59 | |

For the period of **9/15/2017** to **8/3/2018**

| | |
|---|---|
| Total Compensable Receipts: | $4,052.59 |
| Total Non-Compensable Receipts: | $2,388.00 |
| Total Comp/Non Comp Receipts: | $6,440.59 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,052.59 |
| Total Non-Compensable Disbursements: | $2,388.00 |
| Total Comp/Non Comp Disbursements: | $6,440.59 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the account between **02/05/2018** to **8/3/2018**

| | |
|---|---|
| Total Compensable Receipts: | $4,052.59 |
| Total Non-Compensable Receipts: | $2,388.00 |
| Total Comp/Non Comp Receipts: | $6,440.59 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,052.59 |
| Total Non-Compensable Disbursements: | $2,388.00 |
| Total Comp/Non Comp Disbursements: | $6,440.59 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Page No: 3     Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | |
|---|---|---|---|---|
| **Case No.** | 17-27619 | | **Trustee Name:** | David Leibowitz |
| **Case Name:** | HOPPS, LINDA J. | | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***2536 | | **Checking Acct #:** | ******1901 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | |
| **For Period Beginning:** | 9/15/2017 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 8/3/2018 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

|  | **TOTAL - ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSE** | **ACCOUNT BALANCES** |
|---|---|---|---|---|
|  |  | $6,440.59 | $6,440.59 | $0.00 |

**For the period of 9/15/2017 to 8/3/2018**

| | |
|---|---|
| Total Compensable Receipts: | $4,052.59 |
| Total Non-Compensable Receipts: | $2,388.00 |
| Total Comp/Non Comp Receipts: | $6,440.59 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,052.59 |
| Total Non-Compensable Disbursements: | $2,388.00 |
| Total Comp/Non Comp Disbursements: | $6,440.59 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 09/15/2017 to 8/3/2018**

| | |
|---|---|
| Total Compensable Receipts: | $4,052.59 |
| Total Non-Compensable Receipts: | $2,388.00 |
| Total Comp/Non Comp Receipts: | $6,440.59 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,052.59 |
| Total Non-Compensable Disbursements: | $2,388.00 |
| Total Comp/Non Comp Disbursements: | $6,440.59 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ